IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VICENTE ESTRADA,

    Plaintiff,

v.                                                                        No. 12-cv-0593 SMV/WPL

CITY OF LAS CRUCES,
EDWARD VILLARREAL, GIL MORA,
RICARDO PORRAS, and
DANIEL THOMAS,

    Defendants.

### ORDER GRANTING JOINT MOTION TO DISMISS AND DISMISSING CASE

THIS MATTER is before the Court on the parties' Joint Motion to Dismiss with Prejudice [Doc. 44]. The Court, being advised that the parties reached a settlement, that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the parties' Joint Motion to Dismiss with Prejudice [Doc. 44] is **GRANTED**. All claims against all Defendants are **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**